# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| In the Matter of | : | No. 121 DB 2020  (No. 76 RST 2020) |
| | : | |
| AMY BETH JONES | : | Attorney Registration No. 80204 |
| | : | |
| PETITION FOR REINSTATEMENT | : | |
| FROM RETIRED STATUS | : | (Allegheny County) |

## O R D E R

**PER CURIAM**

    **AND NOW**, this 7th day of October, 2020, the Report and Recommendation of Disciplinary Board Member dated September 30, 2020, is approved and it is ORDERED that Amy Beth Jones, who has been on Retired Status, has never been suspended or disbarred, and has demonstrated that she has the moral qualifications, competency and learning in law required for admission to practice in the Commonwealth, shall be and is, hereby reinstated to active status as a member of the Bar of this Commonwealth.  The expenses incurred by the Board in the investigation and processing of this matter shall be paid by the Petitioner.